BASE BALL PLAYERS FRATERNITY, INC., Respondent, *v.* BOSTON AMERICAN LEAGUE BASE BALL CLUB, Appellant.

*Base Ball Players' Fraternity, Inc.,* v. *Boston American League Base Ball Club,* 166 App. Div. 484, affirmed.

(Argued October 22, 1917; decided November 13, 1917.

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1915, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial. One Hageman, plaintiff's assignor, signed a contract with the defendant as a baseball player for the season of 1912, beginning April fifteenth and ending October fifteenth, at a salary of $400 per month. This contract was by its terms made subject to the conditions of the national agreement and of the rules of the national commission. Hageman duly reported to the defendant and performed the services agreed in said contract to be performed up to May 15, 1912, when he was transferred to the Jersey City team of the International league, temporarily or under what is known in baseball as an optional agreement. He reported to Jersey City, signed a contract, as he claimed he was compelled to under the rules of the national commission referred to in his contract with defendant, and performed the services required of him until June 23, 1912, when he was returned to the defendant by the Jersey City team. Thereupon defendant attempted to transfer Hageman to a Western league team at a smaller salary, which Hageman refused to accept. This action was brought to recover salary accruing under the contract after June 23, 1912. The defense was that Hageman by signing a contract with the Jersey City club terminated his contract with defendant.

*John Conway Toole* for appellant.

*David L. Fultz* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ.   Not sitting: MCLAUGHLIN, J.